**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Carmen I. Rivera** | : | **Case No.: 19-11341** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                         Respectfully submitted,

                                         /s/ Karina Velter
                                         Karina Velter, Esquire (94781)
                                         Adam B. Hall (323867)
                                         Sarah E. Barngrover (323972)
                                         Manley Deas Kochalski LLC
                                         P.O. Box 165028
                                         Columbus, OH  43216-5028
                                         Telephone: 614-220-5611
                                         Fax: 614-627-8181
                                         Attorneys for Creditor
                                         The case attorney for this file is Karina Velter.
                                         Contact email is kvelter@manleydeas.com

19-011028_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Carmen I. Rivera** | : | Case No.: 19-11341 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Paul H. Young, Attorney for Carmen I. Rivera, 3554 Hulmeville Road, Suite 102, Bensalem, PA  19020, support@ymalaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 20, 2019:

Carmen I. Rivera, 320 Dorrance Street, Bristol, PA  19007

Carmen I. Rivera and Emiliano Rivera, 320 Dorrance St, Bristol, PA 19007


DATE:  March 20, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-011028_PS