UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 19-11341-ELF-13

CARMEN I. RIVERA                                                                   Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 19-11341-ELF-13

CARMEN I. RIVERA                                                                    Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 13, 2019 :

PAUL H YOUNG                                                  U.S. Trustee
3554 HULMEVILLE RD                                       228 Walnut Street, Suite 1190
BENSALEM, PA  19020                                     Harrisburg, PA 17101


By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx76692 / 982978