| #107 - Carmen Rivera | Voucher # (1601) | Pay Date: 02/21/2019 |
|---|---|---|
| | | Pay Period: 02/11/2019-02/17/2019 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 12.50 | 4.50 | 48.00 | 56.25 | 600.00 |
| **Gross Pay** | | | | 56.25 | 600.00 |
| Hours Worked | | 4.50 | 48.00 | | |
| Hours Paid | | 4.50 | 48.00 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 56.25 | 600.00 | | 0.43 |
| FICA | 56.25 | 600.00 | 3.49 | 37.20 |
| MEDI | 56.25 | 600.00 | 0.82 | 8.70 |
| SIT:PA | 56.25 | 600.00 | 1.73 | 18.42 |
| SUI:PA | 56.25 | 600.00 | 0.03 | 0.36 |
| Bristol LST | 56.25 | 600.00 | | 10.00 |
| Bristol, Boroug | 56.25 | 600.00 | | |
| **Total** | | | 6.07 | 75.11 |

| **Net Pay** | | 50.18 | 524.89 |
|---|---|---|---|
| Checking (6419) | | 50.18 | 524.89 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FUTA | 0.34 | 3.61 |
| FICA | 3.49 | 37.20 |
| MEDI | 0.82 | 8.70 |
| SUTA:PA | 1.88 | 20.03 |
| **Total** | 6.53 | 69.54 |

[1] For information purposes only. No effect on your net pay.

Bristol Riverside Theatre Co Inc 120 Radcliffe St, Bristol, PA 19007    1 of 1

**DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.**

VOID VOID VOID VOID VOID

**Bristol Riverside Theatre Co Inc**
120 Radcliffe St
Bristol, PA 19007

| Pay Date: | 02/21/2019 |
|---|---|
| Voucher #: | (1601) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Carmen Rivera | 1 | Checking | XXXXXXXX | 031000503 | 50.18 |

107  02/21/2019  (1601)

**Carmen Rivera**
320 Dorrance St
Bristol, PA 19007

MP

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

**#107 - Carmen Rivera**  Voucher # (1567)  Pay Date: 02/14/2019
Pay Period: 02/04/2019-02/10/2019

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 12.50 | 14.00 | 43.50 | 175.00 | 543.75 |
| **Gross Pay** | | | | 175.00 | 543.75 |
| Hours Worked | | 14.00 | 43.50 | | |
| Hours Paid | | 14.00 | 43.50 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 175.00 | 543.75 | | 0.43 |
| FICA | 175.00 | 543.75 | 10.85 | 33.71 |
| MEDI | 175.00 | 543.75 | 2.53 | 7.88 |
| SIT:PA | 175.00 | 543.75 | 5.37 | 16.69 |
| SUI:PA | 175.00 | 543.75 | 0.11 | 0.33 |
| Bristol LST | 175.00 | 543.75 | | 10.00 |
| Bristol, Boroug | 175.00 | 543.75 | | |
| **Total** | | | 18.86 | 69.04 |

| **Net Pay** | | 156.14 | 474.71 |
|---|---|---|---|
| Checking (6419) | | 156.14 | 474.71 |

### Company Paid Benefits [1]

| | Current | YTD |
|---|---|---|
| FUTA | 1.05 | 3.27 |
| FICA | 10.85 | 33.71 |
| MEDI | 2.53 | 7.88 |
| SUTA:PA | 5.84 | 18.15 |
| **Total** | 20.27 | 63.01 |

[1] For information purposes only. No effect on your net pay.

Bristol Riverside Theatre Co Inc 120 Radcliffe St, Bristol, PA 19007    1 of 1

---

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Bristol Riverside Theatre Co Inc**
120 Radcliffe St
Bristol, PA 19007

Pay Date: 02/14/2019
Voucher #: (1567)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Carmen Rivera | 1 | Checking | XXXXXXXXX | 031000503 | 156.14 |

107  02/14/2019  (1567)

**Carmen Rivera**
320 Dorrance St
Bristol, PA 19007

MP

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

| #107 - Carmen Rivera | Voucher # (1462) | Pay Date: 01/31/2019 |
|---|---|---|
| | | Pay Period: 01/21/2019-01/27/2019 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 12.50 | 18.50 | 18.50 | 231.25 | 231.25 |
| **Gross Pay** | | | | 231.25 | 231.25 |
| Hours Worked | | 18.50 | 18.50 | | |
| Hours Paid | | 18.50 | 18.50 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 231.25 | 231.25 | 0.43 | 0.43 |
| FICA | 231.25 | 231.25 | 14.34 | 14.34 |
| MEDI | 231.25 | 231.25 | 3.35 | 3.35 |
| SIT:PA | 231.25 | 231.25 | 7.10 | 7.10 |
| SUI:PA | 231.25 | 231.25 | 0.14 | 0.14 |
| Bristol LST | 231.25 | 231.25 | 10.00 | 10.00 |
| Bristol, Boroug | 231.25 | 231.25 | | |
| **Total** | | | 35.36 | 35.36 |

| **Net Pay** | | | 195.89 | 195.89 |
|---|---|---|---|---|
| Checking (6419) | | | 195.89 | 195.89 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FUTA | 1.39 | 1.39 |
| FICA | 14.34 | 14.34 |
| MEDI | 3.35 | 3.35 |
| SUTA:PA | 7.72 | 7.72 |
| **Total** | 26.80 | 26.80 |

[1] For information purposes only. No effect on your net pay.

Bristol Riverside Theatre Co Inc 120 Radcliffe St, Bristol, PA 19007     1 of 1

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

VOID VOID VOID VOID VOID

**Bristol Riverside Theatre Co Inc**
120 Radcliffe St
Bristol, PA 19007

| Pay Date: | 01/31/2019 |
|---|---|
| Voucher #: | (1462) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Carmen Rivera | 1 | Checking | XXXXXXXX | 031000503 | 195.89 |

107  01/31/2019  (1462)

**Carmen Rivera**
320 Dorrance St
Bristol, PA 19007

VOID

MP

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

| #107 - Carmen Rivera | | | | Voucher # (1230) | | | Pay Date: 12/20/2018 |
|---|---|---|---|---|---|---|---|
| | | | | | | | Pay Period: 12/10/2018-12/16/2018 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 12.50 | 7.00 | 181.50 | 87.50 | 2,006.57 |
| **Gross Pay** | | | | 87.50 | 2,006.57 |
| Hours Worked | | 7.00 | 181.50 | | |
| Hours Paid | | 7.00 | 181.50 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 87.50 | 2,006.57 | | |
| FICA | 87.50 | 2,006.57 | 5.43 | 124.41 |
| MEDI | 87.50 | 2,006.57 | 1.27 | 29.10 |
| SIT:PA | 87.50 | 2,006.57 | 2.69 | 61.62 |
| SUI:PA | 87.50 | 2,006.57 | 0.05 | 1.20 |
| Bristol LST | 87.50 | 2,006.57 | | 10.00 |
| Bristol, Boroug | 87.50 | 590.64 | | |
| **Total** | | | 9.44 | 226.33 |

**Net Pay**

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | 78.06 | 1,780.24 |
| | Check | 0.00 | 1,253.28 |
| | Checking (6419) | 78.06 | 526.96 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FUTA | 0.53 | 12.04 |
| FICA | 5.43 | 124.41 |
| MEDI | 1.27 | 29.10 |
| SUTA:PA | 3.11 | 71.23 |
| **Total** | 10.34 | 236.78 |

[1] For information purposes only. No effect on your net pay.

Bristol Riverside Theatre Co Inc 120 Radcliffe St, Bristol, PA 19007                                1 of 1

---

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Bristol Riverside Theatre Co Inc**
120 Radcliffe St
Bristol, PA 19007

| Pay Date: | 12/20/2018 |
|---|---|
| Voucher #: | (1230) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Carmen Rivera | 1 | Checking | XXXXXXXXX | 031000503 | 78.06 |

107  12/20/2018  (1230)

**Carmen Rivera**
320 Dorrance St
Bristol, PA 19007

MP

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

| #107 - Carmen Rivera | Voucher # (1198) | Pay Date: 12/13/2018 |
|---|---|---|
| | | Pay Period: 12/03/2018-12/09/2018 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 12.50 | 11.75 | 174.50 | 146.88 | 1,919.07 |
| **Gross Pay** | | | | 146.88 | 1,919.07 |
| Hours Worked | | 11.75 | 174.50 | | |
| Hours Paid | | 11.75 | 174.50 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 146.88 | 1,919.07 | | |
| FICA | 146.88 | 1,919.07 | 9.10 | 118.98 |
| MEDI | 146.88 | 1,919.07 | 2.13 | 27.83 |
| SIT:PA | 146.88 | 1,919.07 | 4.51 | 58.93 |
| SUI:PA | 146.88 | 1,919.07 | 0.09 | 1.15 |
| Bristol LST | 146.88 | 1,919.07 | | 10.00 |
| Bristol, Boroug | 146.88 | 503.14 | | |
| **Total** | | | 15.83 | 216.89 |

| **Net Pay** | | 131.05 | 1,702.18 |
|---|---|---|---|
| Check | | 0.00 | 1,253.28 |
| Checking (6419) | | 131.05 | 448.90 |

### Company Paid Benefits [1]

| | Current | YTD |
|---|---|---|
| FUTA | 0.88 | 11.51 |
| FICA | 9.10 | 118.98 |
| MEDI | 2.13 | 27.83 |
| SUTA:PA | 5.21 | 68.12 |
| **Total** | 17.32 | 226.44 |

[1] For information purposes only. No effect on your net pay.

---

Bristol Riverside Theatre Co Inc 120 Radcliffe St, Bristol, PA 19007        1 of 1

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**Bristol Riverside Theatre Co Inc**
120 Radcliffe St
Bristol, PA 19007

| Pay Date: | 12/13/2018 |
|---|---|
| Voucher #: | (1198) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Carmen Rivera | 1 | Checking | XXXXXXXX | 031000503 | 131.05 |

107  12/13/2018  (1198)

**Carmen Rivera**
320 Dorrance St
Bristol, PA 19007

MP

**NON-NEGOTIABLE - THIS IS NOT A CHECK**