**0107 - Carmen Rivera**          Voucher # (1795)              Pay Date: 03/28/2019
                                                                Pay Period: 03/18/2019-03/24/2019

### Earnings

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 12.50 | 9.75 | 64.75 | 121.88 | 809.38 |
| Gross Pay |  |  |  | 121.88 | 809.38 |
| Hours Worked |  | 9.75 | 64.75 |  |  |
| Hours Paid |  | 9.75 | 64.75 |  |  |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 121.88 | 809.38 |  | 0.43 |
| FICA | 121.88 | 809.38 | 7.55 | 50.18 |
| MEDI | 121.88 | 809.38 | 1.77 | 11.74 |
| SIT PA | 121.88 | 809.38 | 3.74 | 24.85 |
| SUI PA | 121.88 | 809.38 | 0.07 | 0.49 |
| Bristol LST | 121.88 | 809.38 |  | 10.00 |
| Bristol, Boroug | 121.88 | 809.38 |  |  |
| Total |  |  | 13.13 | 97.68 |

| Net Pay |  | 108.75 | 711.70 |
|---|---|---|---|
| Checking (6419) |  | 108.75 | 711.70 |

### Company Paid Benefits

|  | Current | YTD |
|---|---|---|
| FUTA | 0.73 | 4.87 |
| FICA | 7.55 | 50.18 |
| MEDI | 1.77 | 11.74 |
| SUTA PA | 4.07 | 27.02 |
| Total | 14.12 | 93.81 |

[1] For information purposes only. No effect on your net pay.

Bristol Riverside Theatre Co Inc 120 Radcliffe St, Bristol, PA 19007                 1 of 1

**DO NOT ACCEPT THIS CHECK** without confirming presence of Artificial Watermark on back. Other security features are listed on back.

Bristol Riverside Theatre Co Inc
120 Radcliffe St
Bristol, PA 19007

Pay Date:     03/28/2019
Voucher #:    (1795)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Carmen Rivera | 1 | Checking | XXXXXXX | 031000503 | 108.75 |

107  03/28/2019  (1795)

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

