# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11341-ELF

CARMEN I RIVERA

320 DORRANCE STREET

BRISTOL, PA 19007

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CARMEN I RIVERA

    320 DORRANCE STREET

    BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 5/23/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee