# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | CARMEN RIVERA | : CHAPTER 13 |
| | | : |
| | **Debtor** | : BANKRUPTCY NO. 19-11341 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's First Amended Chapter 13 Plan, docket number 27, filed by YOUNG, MARR & ASSOCIATES as wrong PDF file was uploaded.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: June 24, 2019