# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-11341** |
| **Carmen I. Rivera** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **September 17, 2019 at 9:30 a.m.** |
| vs | : | |
| | : | **Place of Hearing** |
| **Carmen I. Rivera** | : | **U.S. Bankruptcy Court** |
| **Emiliano Rivera** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | **Related Document # 39** |

## ORDER OF COURT

AND NOW, to wit, this <u>30th</u> day of <u>September</u>, 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 48), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Paul H. Young, Attorney for Debtor and/or Co-Debtor, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020 (notified by ecf)

Carmen I. Rivera and Emiliano Rivera, Debtor and/or Co-Debtor, 320 Dorrance Street, Bristol, PA 19007 (notified by regular US Mail)

Pennsylvania Department of Revenue, Party of Interest, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128 (notified by regular US Mail)

Select Portfolio Svcin, Party of Interest, 1401 Deerwood Park Blvd, Jacksonville, FL 32256 (notified by regular US Mail)