**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   CARMEN I. RIVERA,           :      Chapter 13
                                     :
           Debtor                    :      Bky. No.  19-11341 ELF

# O R D E R

**AND NOW**, for the reasons stated in court on **October 29, 2019**, it is hereby

**ORDERED** that:

1. The hearings on the Trustee's Motion to Dismiss Case and confirmation of the Debtor's chapter 13 plan are **CONTINUED** to **November 26, 2019, at 1:00 p.m.**

2. If the Trustee does not recommend confirmation of the plan at the next hearing, **NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT AN APPEARANCE BY COUNSEL**.

Date:  October 30, 2019

                             ERIC L. FRANK
                             U.S. BANKRUPTCY JUDGE