United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11341-elf
Carmen I. Rivera                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2          Date Rcvd: Oct 30, 2019
                              Form ID: pdf900        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
```
db             +Carmen I. Rivera,    320 Dorrance Street,    Bristol, PA 19007-5109
14282474      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14297147       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14286743       +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14282480       +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14286933       +U.S. Bank Trust National Association, as Trustee f,    c/o KEVIN G. MCDONALD,
                KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14282484      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)
14282483        Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
14291315        Wells Fargo Bank, N.A.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
14292496        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
14292982        Wells Fargo Bank, N.A.,    Default Document Processing N9286-01Y,    1000 Blue Gentian Road,
                Eagan MN, 55121-7700
14292502        Wells Fargo Bank, NA,    c/o Karina Velter, Esquire,    P.O. Box 165028,
                Columbus, OH 43216-5028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:39     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:26     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 31 2019 03:37:42
                AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
14310397        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 31 2019 03:37:42
                Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                Arlington, TX 76096
14282473       +E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2019 03:37:34     Ally Financial,
                P.o. Box 380901,    Bloomington, MN 55438-0901
14321059        E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2019 03:37:34     Ally Financial,
                PO Box 130424,    Roseville, MN 55113-0004
14293450       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2019 03:56:43
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14282475       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2019 03:30:41
                Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
14282476       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 31 2019 03:37:42     Gm Financial,
                Po Box 181145,    Arlington, TX 76096-1145
14301726        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 03:32:00     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14282477       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 03:32:01     Lvnv Funding Llc,
                Po Box 1269,    Greenville, SC 29602-1269
14301665        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 31 2019 03:30:44     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14282478       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 31 2019 03:31:56     Merrick Bank Corp,
                Po Box 9201,    Old Bethpage, NY 11804-9001
14282479       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2019 03:38:10     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14288977       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2019 03:38:10     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14322290        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:31:54
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14301264        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:38:01
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
14324218       +E-mail/Text: bncmail@w-legal.com Oct 31 2019 03:38:18     SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14282481       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:31:48     Syncb/walmart,    Po Box 965024,
                Orlando, FL 32896-5024
14282848       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:35     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14282967       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:35     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14324011        E-mail/Text: jennifer.chacon@spservicing.com Oct 31 2019 03:39:03
                U.S. Bank Trust National Association et. al,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0313-2          User: dlv                    Page 2 of 2                  Date Rcvd: Oct 30, 2019
                              Form ID: pdf900              Total Noticed: 35
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14282482          +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2019 03:37:30
                   Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                             TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA   17128-0946
cr*              +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14311079*        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   Americredit Financial Services, Inc.,    dba GM Financial,
                    PO Box 183853,    Arlington, TX 76096)
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
```
              KARINA   VELTER     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Carmen I. Rivera support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   CARMEN I. RIVERA,           :        Chapter 13
                                     :
         Debtor                      :        Bky. No.  19-11341 ELF

## O R D E R

**AND NOW**, for the reasons stated in court on **October 29, 2019**, it is hereby

**ORDERED** that:

1. The hearings on the Trustee's Motion to Dismiss Case and confirmation of the Debtor's chapter 13 plan are **CONTINUED** to **November 26, 2019, at 1:00 p.m.**

2. If the Trustee does not recommend confirmation of the plan at the next hearing, **NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT AN APPEARANCE BY COUNSEL**.

Date:  October 30, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**